## SONKEN GALAMBA SUPPLY CO. v. John J. GREENE, as Trustee of Petroleum Refining Corporation, Debtor.

### Nos. 9954 and 10013.

Circuit Court of Appeals, Ninth Circuit.
March 23, 1942.

Selden S. Frisbee, of Cut Bank, Mont., and H. C. Hall and Edw. C. Alexander, of Great Falls, Mont., for appellant.

Patrick L. Donovan, of Shelby, Mont., for appellee debtor corporation.

Louis P. Donovan, of Shelby, Mont., for appellee Greene, trustee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, filed in each of above causes, for dismissal of the appeals, and good cause therefor appearing, it is ordered that the appeal in each of above causes be dismissed, that a decree be filed in each cause and recorded in the minutes of this court, and that the mandate of this court in each cause issue forthwith.

## STATE of Ohio ex rel. Rodney P. LIEN, Superintendent of Banks, etc., Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellee.

### No. 8977.

Circuit Court of Appeals, Sixth Circuit.
March 12, 1942.

Thomas J. Herbert, of Columbus, Ohio, and N. J. Walinski and Fraser, Effler, Shumaker & Winn, all of Toledo, Ohio, for appellant.

Holbrook & Banker, of Toledo, Ohio, for appellee.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard upon the record and the briefs and arguments of counsel, after due consideration, it is hereby ordered, adjudged and decreed that the judgment be and is hereby affirmed in accordance with the findings of fact, conclusions of law, and opinion of the District Court. 36 F.Supp. 457.